Jeremy Neath Ned
Reg. No. 27986-077
Federal Correctional Institution
Post Office Box 9
Mendota, CA 93640

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 1 1 2018

BY
DEPUTY_____

In the United States District Court
for the Eastern District of Texas
Beaumont Division

| | | |
|---|---|---|
| Jeremy Ned, | § | |
| Petitioner, | § § | Civil Action No. 1:17-CV-8 |
| vs. | § § | |
| Dallas Jones, | § § | |
| Respondent. | § § | |

## NOTICE OF APPEAL

Petitioner, herein, is hereby respectfully notifying this Court that he is filing an Appeal of the Order made by Magistrate Judge [Zack Hawthorn] for Summary Judgment on behalf of Respondent.

Date: June 4th, 2018

Respectfully submitted,

_____
Jeremy Ned, Pro Se
Reg. No. 27986-077

Jeremy Ned 27986-077 Unit: A-1
Federal Correctional Institution
P.O. Box 9
Mendota, California 93640

FRESNO CA 936
04 JUN 2018

U.S. DISTRICT COURT
RECEIVED
JUN 11 2018
CLERK, EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

⇔27986-077⇔
Court Clerk
U.S. Courthouse
300 Willow ST
Beaumont, TX 77701
United States

Legal Mail

77701-222299

U.S. Courthouse
300 Willow St.
Beaumont, Texas 77701